# Court of Appeals
# of the State of Georgia

ATLANTA,  January 03, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0937.  MITCHELL GIBBS v. THE STATE.**

In February 2016, Mitchell Gibbs pleaded guilty to voluntary manslaughter, possession of a firearm during the commission of a felony, and possession of a firearm by a convicted felon.  In August 2018, the trial court granted his motion for an out-of-time appeal.  Gibbs's notice of appeal was transmitted to both this Court and the Georgia Supreme Court.  This Court docketed Gibbs's appeal as Case No. A19A0554, and is currently pending in this Court.  The appeal filed in the Supreme Court was subsequently transferred to this Court and was docketed as Case No. A19A0937.  See *Gibbs v. State*, Case No. S19A0162 (decided October 9, 2018). Because this case is duplicative of Case No. A19A0554, it is hereby DISMISSED as superfluous.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/03/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.